DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK EUGENE DEFFENDALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2536

[January 6, 2022]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312014CF001306A.

Mark Eugene Deffendall, Moore Haven, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***